JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA ISABEL VALENZUELA, an Individual,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTRYWIDE HOME LOANS, INC., etc., et al.<br>        Defendants. | Case No. EDCV 09-768-VAP (PLAx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

    The Court orders that such judgment be entered.

Dated: May 21, 2009

                                    VIRGINIA A. PHILLIPS
                             United States District Judge